**THE PANTRY, INC., Plaintiff,**

v.

**STOP–N–GO FOODS, INC. and Tri–State Stop–N–Go, INC., Defendants.**

**No. IP–88–1345C.**

United States District Court,
S.D. Indiana,
Indianapolis Division.

Jan. 20, 1994.

As Corrected Feb. 14, 1994.

Nunc Pro Tunc Jan. 20, 1994.

Frank J. Deveau, Sommer & Barnard, P.C., Indianapolis, IN, for plaintiff.

R. Robert Stommel, Lewis & Wagner, Indianapolis, IN, for defendants.

**ORDER GRANTING JOINT MOTION AND STIPULATION FOR VACATING THE COURT'S ORDER AND ENTRY OF JUNE 29, 1992**

TINDER, District Judge.

The Pantry, Inc., by counsel, and Stop–N–Go Foods, Inc. and Tri–State Stop–N–Go, Inc., by counsel, have filed herein their Joint Motion and Stipulation for Vacating the Court's Order and Entry of June 29, 1992.

The Court, having examined same and being advised in the premises, now finds that said Joint Motion and Stipulation should be granted.

IT IS THEREFORE ORDERED that this Court's June 29, 1992 Entry Granting Plaintiff's Second Motion for Partial Summary

Judgment, reported as *The Pantry, Inc. v. Stop–N–Go Foods, Inc.*, 796 F.Supp. 1171 (S.D.Ind.1992), is hereby vacated.